FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD GERALD JOHNSON, aka KENNARD GERLARD JOHNSON,<br><br>    Petitioner<br><br>vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>    Respondent. | Case No. EDCV 10-0164-GW (JEM)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED THAT Judgment shall be entered granting petitioner's habeas corpus petition, and requiring respondent to release petitioner within 120 days of the entry of Judgment unless the San Bernardino County Superior Court, within that time period, resentences petitioner to a lawful sentence in case no. FWV035414.

DATED: January 25, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

R&Rs\10-0164.jud
11/12/10