1  CALDWELL LESLIE & PROCTOR, PC
   MICHAEL J. PROCTOR, State Bar No. 148235
2    *proctor@caldwell-leslie.com*
   MICHAEL V SCHAFLER, State Bar No. 212164
3    *schafler@caldwell-leslie.com*
   725 South Figueroa Street, 31st Floor
4  Los Angeles, California  90017-5524
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for Petitioner
   KENNARD GERALD JOHNSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KENNARD GERALD JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>    Respondent. | Case No. EDCV 10-164-GW (JEMx)<br><br>JUDGMENT |

1  The United States Court of Appeals for the Ninth Circuit's Judgment in this matter, entered June 22, 2012 and amended November 5, 2012, took effect, pursuant to the issuance of the Mandate, on November 20, 2013.

Pursuant to that Mandate, IT IS ADJUDGED THAT Judgment shall be entered granting petitioner's habeas corpus petition, and requiring respondent to release petitioner within 45 days of the entry of this Judgment unless the San Bernardino County Superior Court, within that time period, vacates Mr. Johnson's conviction, guilty plea, and plea agreement in Case No. FWV035414, and the matter be calendared for trial within the applicable statutory time, or a new plea agreement be reached between Mr. Johnson and the state.

DATED: January 9, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

       /s/
_____
Michael V Schafler
Attorney for Petitioner
Kennard Gerald Johnson

/s/ email authorization
Ronald A. Jakob
Attorney for Respondent